UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>　　　　Plaintiff,<br>　　v.<br>PASATIEMPO INVESTMENTS, LP,<br>　　　　Defendant. | Case No. 17-cv-03050-NC<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 11 |

Plaintiff Theresa Brooke moved for and was granted entry of default as to defendant Pasatiempo Investments LP dba The Inn at Pasatiempo. Dkt. Nos. 9, 10. On September 21, 2017, the Court ordered Brooke to file a motion for default judgment and to consent or decline the jurisdiction of a magistrate judge, by September 29, 2017. Dkt. No. 11. Brooke has not filed the motion or submitted a consent/declination form. Accordingly, Brooke is ORDERED TO SHOW CAUSE why the case should not be dismissed for failure to prosecute.

Brooke must respond to this order by November 13, 2017. A case management conference is scheduled for November 15, 2017.

**IT IS SO ORDERED.**

Dated: November 6, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge